UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| PRAVEEN ARADHYULA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:05CV1461 AGF |
| MICHAEL CHERTOFF, et al., | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

In light of the representation to the Court by counsel for Defendants that Defendants have no objection to Plaintiff's motion to dismiss this action without prejudice,

**IT IS HEREBY ORDERED** that Plaintiff's motion to dismiss this action without prejudice is **GRANTED.** [Doc. #8]

                                             _____
                                             AUDREY G. FLEISSIG
                                             UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of May, 2006.